**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FRANCISCO ALVARADO-MANJIVAR, | No. 06-70463 |
| Petitioner, | Agency No. A027-649-832 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 15, 2009 [**]

Before:     GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

Francisco Alvarado-Manjivar, a native and citizen of El Salvador, petitions

for review of the Board of Immigration Appeals' ("BIA") order denying his

motion to reopen.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

AP/Research

abuse of discretion the denial of a motion to reopen, *Valeriano v. Gonzales*, 474

F.3d 669, 672 (9th Cir. 2007), and we deny the petition for review.

The BIA acted within its broad discretion in determining the evidence

submitted with the motion to reopen was insufficient to warrant reopening. *See*

*Singh v. INS*, 295 F.3d 1037, 1039 (9th Cir. 2002) (The BIA's denial of a motion to

reopen shall be reversed only if it is "arbitrary, irrational, or contrary to law.").

Alvarado-Manjivar's due process contention is unavailing.

**PETITION FOR REVIEW DENIED.**